

Filed
Clerk of Court
United States District Court
By Morgan Akins
On: 01/20/2026

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRADFORD PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-100 |
| | ) | |
| A. MCFARLANE, Warden; | ) | |
| R. WILCOXS, Deputy Warden; and | ) | |
| M. CHAMBERS, Lieutenant, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice for failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this 20th day of January, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE